UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALTAUNE BROWN,

                                  Plaintiff,

      -against-

OLI AND AUREL LLC d/b/a EL CABRON TAQUERIA
AND NO. 1 GOLDEN MOUNTAIN, INC

                                  Defendants.

-------------------------------------------------------------X

*Civil Action No.*

22-cv-07055-GHW

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, ALTAUNE BROWN, and Defendants, OLI AND AUREL LLC d/b/a EL CABRON TAQUERIA AND NO. 1 GOLDEN MOUNTAIN, INC, hereby notify this Honorable Court that the parties have reached a settlement in principle in the above-referenced case among all parties. The formal settlement agreement is in the process of being drafted. Accordingly, the Parties jointly and respectfully request a 30-day order be issued.

Dated: December 6, 2022

                                                           _____
                                                           BRADLY MARKS
                                                          The Marks Law Firm, PC
                                                     155 East 55th St. Suite 4H,
                                                        New York, NY 10022
                                                        646 770 3775(Direct)
                                                        646 867 2639 (Fax)